

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-19-2011

# USA v. Jerry Whitfield

Precedential or Non-Precedential: Precedential

Docket No. 09-3031

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Jerry Whitfield" (2011). *2011 Decisions*. Paper 1881.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1881

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

January 7, 2011

No. <u>09-3031</u>

United States of America

v.

Jerry Whitfield, Appellant

(D.N.J. No. 1-08-cr-00685-001)

Present:     BARRY, CHAGARES, and VANASKIE, <u>Circuit Judges</u>

1.     Motion by Appellee to Amend Opinion.

Respectfully,
Clerk/slc

_____ORDER_____

The foregoing motion is GRANTED.

By the Court,

**<u>/s/ Maryanne Trump Barry</u>**
Circuit Judge

Dated:     January 19, 2011
SLC/cc:     Norman Gross
           Maggie F. Moy